

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2017

No. 04-16-00559-CR

Stanley Foster **BAKER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

On August 23, 2017, we abated this appeal for the trial court to file written findings of fact and conclusions of law. On September 20, 2017, the trial court filed its findings of fact and conclusions of law, and we reinstated this appeal. We set Appellant's brief due on October 20, 2017. We warned Appellant that any motion for extension of time would be strongly disfavored.

To date, no brief or motion for extension of time has been filed.

We ORDER Appellant's court-appointed attorney Chris Iles to file either a motion to dismiss or the brief within TEN DAYS of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney Chris Iles is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2017.



KEITH E. HOTTLE,
Clerk of Court